```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/7/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 1:11-cr-0667-MKV |
| KEVIN WILSON, | **SCHEDULING ORDER** |
| Defendant. | |

**MARY KAY VYSKOCIL, United States District Judge:**

The Court held an initial appearance and arraignment in this case on October 7, 2025. [ECF No. 35].  This parties are directed to review the October 7, 2025 text order summarizing the conference and scheduling the next conference for November 4, 2025 at 11:00 a.m. The Court also issued several other orders from the bench, summarized here.

IT IS HEREBY ORDERED that the parties shall file a joint letter on or before October 30, 2025 advising the Court of the status of the case and their intended next steps.

IT IS FURTHER ORDERED that the parties shall order a copy of the October 7, 2025 initial appearance and arraignment transcript and make it available to the Court.

**SO ORDERED.**

**Date: October 7, 2025**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**