

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

October 30, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/31/25
```

**By ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re:  *United States v. Kevin Wilson*, 11 CR 667 (MKV)

Dear Judge Vyskocil,

      The Government respectfully submits this letter on behalf of the parties to provide a status report with respect to the pending violation of supervised release proceedings. At this time, the parties are in in the midst of ongoing discussion concerning a disposition of the violation of supervised release proceedings that the parties anticipate may also incorporate the filing of an information concerning the alleged offense conduct that is the subject of the current specifications. For this reason, the parties respectfully request a brief adjournment of the appearance scheduled for November 4, 2025 to the morning of November 17, 2025 when counsel for the defendant is available amidst an anticipated trial in an unrelated case. The parties anticipate that by the morning of November 17, 2025 or whenever thereafter proves convenient for the Court, the parties will have identified whether a disposition is possible and, if so, be prepared for the defendant to admit one or more specifications as part of such a disposition.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
    Thomas John Wright
    Assistant United States Attorney
    (212) 637-2295

GRANTED
Conference in this matter is ADJOURNED to November 25th, 2025 at 2pm
SO ORDERED.

Date: 10/31/25
New York, New York

*Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge

cc: Janese Chetuck (United States Probation Office) (by email)
    Gilbert. S. Bayonne (Counsel to Defendant Kevin Wilson) (by ECF)