

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

November 21, 2025

**By ECF**

| |
|---|
| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __12/1/2025__ |

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Kevin Wilson*, **11 CR 667 (MKV)**

Dear Judge Vyskocil,

        The Government respectfully submits this letter on behalf of the parties to provide a further status report with respect to the pending violation of supervised release proceedings. Since the parties last reported to the Court on October 30, 2025, the parties have advanced their discussion concerning a disposition of the violation of supervised release proceedings and now do anticipate that any disposition will incorporate the filing of an information concerning the alleged offense conduct that is the subject of the current specifications. For this reason and in light of counsel for the defendant's ongoing trial schedule in an unrelated case, the parties respectfully request a further brief adjournment of the appearance scheduled for November 25, 2025 to December 9, 2025 when the parties are available except at 11:00 AM or any date thereafter of convenience to the Court. The parties expect that by December 9, 2025 or whenever thereafter proves convenient for the Court, the parties will have identified whether a disposition is possible and, if so, be prepared for the defendant to admit one or more specifications as part of such a disposition as well as now to address the filing of any related information.

                         Respectfully submitted,

                         JAY CLAYTON
                         United States Attorney

        By: *Thomas John Wright* _____

                         Thomas John Wright
                         Assistant United States Attorney
                         (212) 637-2295

cc: Janese Chetuck (United States Probation Office) (by email)
    Gilbert. S. Bayonne (Counsel to Defendant Kevin Wilson) (by ECF)

Granted
This matter is adjourned to January 5th, 2026 at 2pm.
SO ORDERED.

              Date: __12/1/2025__
              New York, New York          Mary Kay Vyskocil
                                  United States District Judge