

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

December 30, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/2/2026

**By ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *United States v. Kevin Wilson*, **11 CR 667 (MKV)**

Dear Judge Vyskocil,

The Government respectfully submits this letter on behalf of the parties to provide a status report on the pending violation of supervised release proceedings before the appearance scheduled for January 5, 2026 at 2:00 PM. The parties have reached a disposition pursuant to which the defendant will admit Specification One and also waive indictment, consent to the filing of an information charging him in one count with possessing a firearm and ammunition after a felony conviction, in violation of 18 U.S.C. § 922(g)(1), and enter a guilty plea to that same count pursuant to a plea agreement that the defendant has now executed. In connection with the latter component of this disposition, the parties have filed a notice of intent to file an information. Once that notice is wheeled out to a district judge, the parties will submit a related case letter to the Court and the district judge to whom the anticipated information is assigned because the two cases relate to the same offense conduct on September 27, 2025, which the parties respectfully submit should for that reason be consolidated in front of the same district judge for reasons of judicial economy. Because the parties are still awaiting confirmation of the district judge to whom the anticipated information is assigned, the parties respectfully request an adjournment of the appearance on Monday, January 5, 2026 to a date and time that is convenient for the Court during the week of Monday, January 12, 2026, by which time the parties anticipate that it will be possible for a consolidated appearance to move forward should the cases be consolidated in front of the same district judge.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: *Thomas John Wright*
_____
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Janese Chetuck (United States Probation Office) (by email)
   Gilbert. S. Bayonne (Counsel to Defendant Kevin Wilson) (by ECF)

Granted.  This matter is adjourned to January 15, 2026 at 2:00 PM.

SO ORDERED.

Date: 1/2/2026
New York, New York

Mary Kay Vyskocil
United States District Judge