

THE BAYONNE FIRM

March 24, 2026

**Application GRANTED.** The plea proceeding in 26 Cr. ___ (JHR), *United States v. Kevin Wilson*, scheduled for April 7, 2026, is adjourned to **April 21, 2026** at **3:30 p.m.**

The sentencing for Defendant's violation of supervised release in 11 Cr. 667, scheduled by Judge Vyskocil for April 21, 2026 at 3:00 p.m., is adjourned *sine die*.

**Via ECF**
The Honorable Jennifer H. Rearden
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

The Clerk of Court is directed to terminate ECF No. 55.

SO ORDERED.

*[signature]*
Jennifer H. Rearden, U.S.D.J.
Dated: March 26, 2026

Re: *United States v. Kevin Wilson*, 11 Cr. 667 (JHR)

Dear Judge Rearden:

I represent Mr. Kevin Wilson in the above-referenced matter. I write in response to the Court's directive that the parties advise as to their availability for the proposed Change of Plea hearing scheduled for April 7, 2026 at 3:15 p.m.

Counsel is engaged in proceedings in another jurisdiction on April 7, 2026 and is therefore not available on that date. I have conferred with the Government, and the parties are prepared to proceed with the Change of Plea on a date convenient for the Court.

The parties respectfully propose the following alternative dates: April 13, 2026, at any time between 9:00 a.m. and 4:00 p.m., or April 17, 2026, at any time after 2:00 p.m. The parties are also available on any later date convenient to the Court.

Thank you.

Respectfully Submitted,

*/s/ Gilbert S. Bayonne*
Gilbert S. Bayonne

To:    Assistant United States Attorney, Thomas J. Wright (via ECF)

1850 Amsterdam Ave          Tel: (929) 333-6497          Email: gbayonne@thebayonnnefirm.com
New York, New York 10031     Fax: (929) 259-6458